**Dembo NJIE, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

No. 10–71019.

United States Court of Appeals,
Ninth Circuit.

---

Submitted March 9, 2011.*

Filed March 14, 2011.

Scott Allen Marks, Law Offices of Scott A. Marks, Seattle, WA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Oil, Kevin James Conway, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: McKEOWN, FISHER and GOULD, Circuit Judges.

### MEMORANDUM **

Substantial evidence supported the IJ's adverse credibility finding because Njie's testimony about the purported arrest warrant was internally contradictory and contradicted the copy of the warrant submitted as evidence, and the inconsistencies were not trivial. *See Shrestha v. Holder,* 590 F.3d 1034, 1044 (9th Cir.2010). In the absence of credible testimony or documentary evidence, the BIA's denial of all relief was supported by substantial evidence because Njie failed to carry his burdens of proof to show a well-founded fear of persecution or likelihood of torture. Consequently, we need not reach Njie's other arguments.

**PETITION DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.